# Exhibit B

Supreme Court of the State of New York
County of Suffolk

Cross River Bank, d/b/a Lead Source,

          Plaintiff,

    -against-

First Data Merchant Services LLC,

          Defendant.

**AFFIDAVIT OF SERVICE**
Index No. 625195/2023
Date Filed 10/11/2023

State of New York )
       ) ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 12, 2023 at approximately 2:05 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons and Complaint with Notice of Electronic Filing, that the party served was First Data Merchant Services LLC, a foreign limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 60 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                 *Edward J. Bowmaker*
                 Edward J. Bowmaker

Sworn to before me this 12 day of October, 2023

*Carla J. Vinetti*
Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026