

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3417
asekel@foley.com

November 16, 2023

<u>**VIA ECF AND FAX**</u>

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *Cross River Bank v. First Data Merchant Services LLC*, Case No.: 2:23-cv-08377

Dear Judge Garaufis:

  I write on behalf of Defendant First Data Merchant Services LLC in the above-referenced matter. I am submitting this letter, pursuant to Your Honor's individual rules, to respectfully request an extension of the deadline to file Defendant's Answer until December 18, 2023. This is Defendant's first request for an extension. The Answer currently is due on November 17, 2023. Plaintiff consents to this extension, and the extension does not affect any other scheduled dates.[1]

  The parties thank the Court for its attention to this matter.

            Respectfully submitted,
            */s/ Anne B. Sekel*

            FOLEY & LARDNER LLP
            90 Park Avenue
            New York, NY 10016
            Telephone: (212) 338-3417
            Email: asekel@foley.com
            *Counsel for First Data Merchant Services LLC*

cc: All counsel of record (via ECF)

---

[1] The parties are aware of the Court's individual rule providing that requests for extensions, if possible, should be made 48 hours in advance of the deadline. We will adhere to that going forward and apologize for the delay in submitting this application.

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |