# COUNTY OF SUFFOLK



**VINCENT PULEO**
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    NOV 17 2023    ★

LONG ISLAND OFFICE
```

Date:   **NOV 1 4 2023**        23-CV-8377-NGG-ST

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 625195/2023, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original

**CLERKS MINUTES (NYSCEF)**

filed in my office on **11/14/2023**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **11/14/2023**          .

SUFFOLK COUNTY CLERK

*U Puleo*

VINCENT PULEO

SEAL



NYSCEF
Suffolk County Supreme Court

**Document List**
**Index #  625195/2023**

Created on:11/14/2023 09:22 AM

Case Caption:   **Cross River Bank v. First Data Merchant Services LLC**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 10/11/2023 | Mastoris, G. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Summons and Complaint | Processed | 10/13/2023 | Mastoris, G. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 11/10/2023 | Sekel, A. |
| 4 | EXHIBIT(S)<br>Notice of Removal | Processed | 11/10/2023 | Sekel, A. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| CROSS RIVER BANK, D/B/A LEAD SOURCE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>Defendant. | Index No.: 625195/2023<br><br>**NOTICE OF FILING OF**<br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that on November 10, 2023, defendant First Data Merchant Services LLC ("Defendant") filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing the above-captioned action to the United States District Court for the Eastern District of New York (Central Islip Division). A true and correct copy of the Notice of Removal (without Exhibits) is attached hereto as **Exhibit A**. Accordingly, no further proceedings shall take place in this Court unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Dated: New York, New York
November 10, 2023

By: /s/ *Anne B. Sekel*
Anne B. Sekel
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Telephone: 212-338-3417
Email: asekel@foley.com

*Attorneys for Defendant First Data Merchant Services, LLC*