# DISCOVERY PLAN WORKSHEET
### Magistrate Judge Tiscione

## Phase I (Pre-Settlement Discovery)

| | |
|---|---|
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations:** | January 23, 2024 |
| **Completion date for Phase I Discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | March 18, 2024 |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | April 2, 2024 |

## Phase II (Discovery and Motion Practice)

| | |
|---|---|
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | April 17, 2024 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)* | May 2, 2024 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | October 2, 2024 |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | October 30, 2024 |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports)* | November 27, 2024 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | December 20, 2024 |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | January 24, 2025 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No. |